# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GALE W. CLARK,

    Petitioner,

v.                                      Case No. 8:13-cv-3256-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **O R D E R**

This Cause is before the Court upon a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Dkt. 1). The petition was transferred, pursuant to 28 U.S.C. § 2241(d),[1] to this Court by the United States District Court, Southern District of Florida, because the "petition attacks a conviction entered in the Circuit Court of the Nineteenth Judicial Circuit of Florida, at Sarasota County." (Dkt. 4 at p. 1).[2] Although the Order transferring the case

---

[1] 28 U.S.C. § 2241(d) states:

"Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination."

[2] The Nineteenth Judicial Circuit Court of Florida serves Martin, St. Lucie, Indian River and Okeechobee counties. See http://circuit19org/.

correctly indicates that "Sarasota County is located in the Middle District of Florida" (Dkt. 6 at p. 1), the petition actually challenges convictions entered in the Nineteenth Judicial Circuit Court for Martin County, Florida, which is located in the United States District Court, Southern District of Florida.[3]  The Petitioner is currently confined at Gadsden Correctional Institution, Quincy, Florida, which is located in the Northern District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the state court which convicted the Petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).  The Southern District of Florida, where the Petitioner was convicted and where the records pertaining to the convictions are located, is the appropriate venue for this petition.

**ACCORDINGLY** it is **ORDERED** that the Clerk of this Court shall immediately forward the case file to the United States District Court, Southern District of Florida, for all further proceedings, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner

---

[3] The petition incorrectly indicates that Petitioner is challenging convictions entered in Sarasota County, Florida (see Dkt. 1 at p. 1).  The Court takes judicial notice of information available on the Florida Department of Corrections, Corrections Offender Network, Inmate Population Information Detail, located at www.dc.state.fl.us, viewed on December 30, 2013, which indicates that Petitioner is currently serving sentences for convictions for grand theft and insurance claim fraud entered in 2006 in Martin County, Florida, in case number 0501190. See Fed.R.Evid. 201.